# BARKER, GELFAND, JAMES & SARVAS

ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION

*Atlantic County Office:*
210 New Road
Linwood Greene – Suite 12
Linwood, New Jersey 08221
(609) 601-8677
(609) 601-8577 - Telefax

A. MICHAEL BARKER *
TODD J. GELFAND **
VANESSA E. JAMES **
JEFFREY P. SARVAS

GREG DILORENZO, *OF COUNSEL*

*Camden County Office:*
103 East Gate Drive
Cherry Hill, New Jersey 08034
(609) 601-8677
(609) 601-8577 – Telefax
E-Mail: TGelfand@BarkerLawFirm.net
*By Appointment Only*

*Gloucester County Office:*
91 Circle Avenue
Pitman, New Jersey 08071
(856) 244-1854
Email: vjames@barkerlawfirm.net
*By Appointment Only*

*CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY
** LICENSED TO PRACTICE IN PENNSYLVANIA

Website: www.barkerlawfirm.net
e-mail: TGelfand@BarkerLawFirm.net

PLEASE REPLY TO
ATLANTIC COUNTY OFFICE

November 6, 2017

The Honorable Magistrate Judge Ann Marie Donio
United States District Court/ District of New Jersey
Mitchell H. Cohen Building and US Courthouse
Fourth and Cooper Streets
Camden, New Jersey 08101

Re: The Estate of Joey Myers and Carolyn K. Chaudry, as Administrator Ad Prosequendum of the Estate of Joey Myers, and in her own right v. The City of Millville, Chief Jody Farabella, individually and his official capacity, Officer Michael Calchi, Officer Gavin Phillips, Officer Jeffrey Proffit, and John Doe Police Officers 1-10, individually and in their official capacities
Civil Action Number: 17-cv-01411 JHR/AMD
Date of Event: January 18, 2016

Dear Judge Donio:

Our office has been retained to represent the interests of the Defendants, the City of Millville, Chief of Police Jody Farabella [individually and his official capacity], Officer Michael Calchi, Officer Gavin Phillips, and Officer Jeffrey

Page **2** of **2**
November 6, 2017
The Honorable Magistrate Judge Ann Marie Donio
United States District Court/ District of New Jersey

Re:   The Estate of Joey Myers and Carolyn K. Chaudry, as Administrator Ad Prosequendum of the Estate of Joey Myers, and in her own right v. The City of Millville, Chief Jody Farabella, individually and his official capacity, Officer Michael Calchi, Officer Gavin Phillips, Officer Jeffrey Proffit, and John Doe Police Officers 1-10, individually and in their official capacities
Civil Action Number: 17-cv-01411 JHR/AMD

---

Proffit, Jointly, Severally, and in the Alternative. The Plaintiff is represented by Attorney Conrad J. Benedetto.

We enclose for Your Honor's review a Consent Discovery Confidentiality/ Protective Order. If this Order meets with Your Honor's approval, kindly sign and enter it upon the Docket.

Thank you.

BARKER, GELFAND, JAMES & SARVAS
A Professional Corporation

By:  *Todd J. Gelfand*
     Todd J. Gelfand, Esquire

cc:   **via CM/ECF filing to:**
      Conrad J. Benedetto, Esquire
      Attorney for Plaintiff

      **Via Electronic Delivery Only to:**
      Harold B. Shapiro, Esquire/ First Assistant
      Cumberland County Prosecutor's Office

      City of Millville:
          Chief of Police Jody Farabella
          Brock Russell, Esquire/ Solicitor