## UNITED STATES DISTRICT COURT
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CHAMBERS OF<br>THE HONORABLE<br>**JOSEPH H. RODRIGUEZ**<br>SENIOR JUDGE | MITCHELL H. COHEN<br>UNITED STATES<br>COURTHOUSE<br>ONE JOHN F. GERRY PLAZA<br>CAMDEN, NJ  08101-2797<br>(856) 757-5002 |

January 25, 2018

*Sent via*: CM/ECF ONLY

To:     **ALL COUNSEL**

     **Re: Chaudry v. Farabella,**
         **Civil Action No. 17-1411**

Dear Counsel:

     This letter confirms that oral argument on the pending Motion to Dismiss [Dkt. No. 12] has been *scheduled* on **Wednesday, February 21, 2018 at 10:00 a.m.** in Courtroom 5D, U.S. District Court, 4th & Cooper Streets, Camden, New Jersey.

     Kindly mark your calendars.

                      Very truly yours,

                      /S/ Joseph H. Rodriguez
                           U.S.D.J.

CC: David Bruey, Deputy Clerk