## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAMBERS OF<br>THE HONORABLE<br>**JOSEPH H. RODRIGUEZ**<br>SENIOR JUDGE | MITCHELL H. COHEN<br>UNITED STATES<br>COURTHOUSE<br>ONE JOHN F. GERRY PLAZA<br>CAMDEN, NJ  08101-2797<br>(856) 757-5002 |

February 21, 2018

*Sent via*: CM/ECF ONLY

To:   **ALL COUNSEL**

Re: **Chaudry v. Farabella,**
     **Civil Action No. 17-1411**

Dear Counsel:

    This letter confirms that oral argument on the pending Motion to Dismiss [Dkt. No. 12] has been *scheduled* on **Tuesday, March 6, 2018 at 11:00 a.m.** in Courtroom 5D, U.S. District Court, 4th & Cooper Streets, Camden, New Jersey.

    Kindly mark your calendars.

                              Very truly yours,

                              /S/ Joseph H. Rodriguez
                                    U.S.D.J.

CC: David Bruey, Deputy Clerk