UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
**MINUTES OF PROCEEDINGS**

**CAMDEN OFFICE**                               **DATE OF PROCEEDINGS:** 3/6/2018

**JUDGE:  JOSEPH H. RODRIGUEZ**           **DATE OF MOTION FILED**: 7/28/2017

COURT REPORTER: Karen Friedlander         **DOCKET #**   CIVIL  17-1411 (JHR-AMD)

**TITLE OF CASE:**

**CAROLYN K CHAUDRY**
*as Administrator Ad Prosequendum of the Estate of Joey Myers, and in her own right*
**THE ESTATE OF JOEY MYERS**

v.

**CHIEF JODY FARABELLA**
*individually and in his official, capacity*, et al.,

**APPEARANCES:**
Conrad J. Benedetto, Esquire for Plaintiffs
Charles Izzo, Esquire for Plaintiffs
Todd J. Gelefend, Esquire for Defendants

**NATURE OF PROCEEDINGS:**  MOTION HEARING

Hearing on Defendant's MOTION to Dismiss (Docket entry #12)

**DISPOSITION:**

Ordered motion denied without prejudice
Order to be entered.

Time commenced:  11:00 am                                Time Adjourned 11:20
Total:20 minutes

                                                             s/ *David Bruey*
                                                             **DEPUTY CLERK**