# BARKER, GELFAND, JAMES & SARVAS

ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION

**Atlantic County Office:**
210 New Road
Linwood Greene – Suite 12
Linwood, New Jersey 08221
(609) 601-8677
(609) 601-8577 - Telefax

A. MICHAEL BARKER *
TODD J. GELFAND **
VANESSA E. JAMES **
JEFFREY P. SARVAS

GREG DILORENZO, OF COUNSEL

**Camden County Office:**
103 East Gate Drive
Cherry Hill, New Jersey 08034
(609) 601-8677
(609) 601-8577 – Telefax
E-Mail: TGelfand@BarkerLawFirm.net
By Appointment Only

**Gloucester County Office:**
91 Circle Avenue
Pitman, New Jersey 08071
(856) 244-1854
Email: vjames@barkerlawfirm.net
By Appointment Only

*CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A CIVIL TRIAL ATTORNEY
** LICENSED TO PRACTICE IN PENNSYLVANIA

Website: www.barkerlawfirm.net
e-mail: TGelfand@BarkerLawFirm.net

PLEASE REPLY TO
ATLANTIC COUNTY OFFICE

May 8, 2018

The Honorable Joseph H. Rodriguez
United States District Court/Camden
Mitchell H. Cohen United States Court House
One John F. Gerry Plaza – Courtroom 5D
PO Box 887
Camden, New Jersey 08101

Re: The Estate of Joey Myers and Carolyn K Chaudry, as Administrator Ad Prosequendum of the Estate of Joey Myers, and in Her Own Right v. City of Millville; Chief Jody Farabella, Individually and in His Official Capacity; Officer Michael Calchi; Officer Gavin Phillips; Officer Jeffrey Profitt; and, John Doe Police Officers 1-10, Individually and in their Official Capacities
Docket Number: 17-cv-01411 (JHR/AMD)

Dear Judge Rodriguez:

We write to advise that the Defendants, The City of Millville, Chief of Police Jody Farabella, K-9 Officer Michael Calchi, Officer Gavin Phillips, and Officer Jeffrey Profit, Jointly, Severally, and in the Alternative are in compliance with Rule 26(a)(1).

BARKER, GELFAND, JAMES & SARVAS • A PROFESSIONAL CORPORATION • LINWOOD, NEW JERSEY 08221

Page 2 of 2
May 8, 2018
The Honorable Joseph H. Rodriguez
Atlantic County Superior Court

Re:   The Estate of Joey Myers and Carolyn K Chaudry, as Administrator Ad Prosequendum of the Estate of Joey Myers, and in Her Own Right v. City of Millville; Chief Jody Farabella, Individually and in His Official Capacity; Officer Michael Calchi; Officer Gavin Phillips; Officer Jeffrey Profitt; and, John Doe Police Officers 1-10, Individually and in their Official Capacities
Docket Number: 17-cv-01411 (JHR/AMD)

```
Thank you for your time and attention to this matter.

Respectfully submitted.

                              BARKER, GELFAND, JAMES & SARVAS
                              A Professional Corporation


                        By:   s/Todd J. Gelfand_____
                              Todd J. Gelfand, Esquire




cc:   Frank Rocco Schirripa, Esq.
      Hach Rose Schirripa & Cheverie LLP
      185 Madison Avenue
      14th Floor
      New York, NY 10016
      212-213-8311
      Fax: 212-779-0028
      Email: fschirripa@hrsclaw.com
```