# BARKER, GELFAND, JAMES & SARVAS

ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION

**Atlantic County Office:**
210 New Road
Linwood Greene – Suite 12
Linwood, New Jersey 08221
(609) 601-8677
(609) 601-8577 - Telefax

A. MICHAEL BARKER *
TODD J. GELFAND **
VANESSA E. JAMES **
JEFFREY P. SARVAS

GREG DILORENZO, *Of Counsel*

**Camden County Office:**
103 East Gate Drive
Cherry Hill, New Jersey 08034
(609) 601-8677
(609) 601-8577 – Telefax
E-Mail: TGelfand@BarkerLawFirm.net
*By Appointment Only*

**Gloucester County Office:**
91 Circle Avenue
Pitman, New Jersey 08071
(856) 244-1854
Email: vjames@barkerlawfirm.net
*By Appointment Only*

*CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A CIVIL TRIAL ATTORNEY
** LICENSED TO PRACTICE IN PENNSYLVANIA

Website: www.barkerlawfirm.net
e-mail: TGelfand@BarkerLawFirm.net

PLEASE REPLY TO
ATLANTIC County Office

May 14, 2018

The Honorable Magistrate Judge Ann Marie Donio
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Room 1050
Camden, NJ 08101

Re:  The Estate of Joey Myers and Carolyn K. Chaudry, as Administrator Ad Prosequendum of the Estate of Joey Myers, and in her own right v. The City of Millville, Chief Jody Farabella, individually and his official capacity, Officer Michael Calchi, Officer Gavin Phillips, Officer Jeffrey Proffit, and John Doe Police Officers 1-10, individually and in their official capacities
Docket Number: 17-cv-01411 JHR/AMD

Dear Magistrate Judge Donio:

I write with regard to the above matter for consideration in advance of our initial scheduling conference this coming Wednesday, May 16, 2018.

In a phone conference as a precursor to that scheduling conference, Your Honor as I recall expressed some concern about limiting discovery, when I suggested that District Judge Rodriguez had

Page 2 of 2
May 14, 2018
The Honorable Magistrate Judge Ann Marie Donio
Atlantic County Superior Court

Re:   The Estate of Joey Myers and Carolyn K. Chaudry, as Administrator Ad Prosequendum of the Estate of Joey Myers, and in her own right v. The City of Millville, Chief Jody Farabella, individually and his official capacity, Officer Michael Calchi, Officer Gavin Phillips, Officer Jeffrey Proffit, and John Doe Police Officers 1-10, individually and in their official capacities
Docket Number: 17-cv-01411 JHR/AMD

```
implied limited discovery was called for in this case at oral
argument on our motion to dismiss.

As such and to check my recollection on that issue, we obtained
the transcript of the March 6, 2018 oral argument.  Your Honor and
Plaintiff's counsel has access to this transcript through the ECF
docket (Entry #32), as certified official court reporters or
transcription agencies are only permitted to electronically file
official court transcripts. Judge Rodriguez's comments, which
Defendants rely upon in support of the idea that Judge Rodriguez
agreed there should be limits to discovery in this case as compared
to the ordinary case where a Plaintiff has some apparent witness
testimony or evidence which could conceivably prove the cause of
action, appear primarily at pages 11 through 13.  As you will see,
it appears there that Judge Rodriguez had some intention to
communicate this to Your Honor following the oral argument.

I understand this can be addressed at the upcoming conference but
thought it might be helpful to note for consideration and have the
transcript for purposes of the conference.

Respectfully submitted

                              BARKER, GELFAND, JAMES & SARVAS
                              A Professional Corporation


                         By:  _s/Todd J. Gelfand_____
                              Todd J. Gelfand, Esquire



cc:   Conrad J. Benedetto, Esquire
      cjbenedetto@benedettolaw.com
      Attorney for Plaintiff

      Frank R. Schirripa, Esquire
      fschirripa@hrsclaw.com
      Attorney for Plaintiff
```