UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE: CAMDEN                                      Proceeding Date: May 16, 2018

**JUDGE ANN MARIE DONIO**

Court Reporter: ECR

**TITLE OF CASE:**                                  DOCKET NO. 17cv1411(JHR/AMD)
**Carolyn K. Chaudry, et al**
v.
**Chief Jody Farabella, et al**

**APPEARANCES:**
Conrad Benedetto, Esq. for plaintiffs (via phone)
Todd Gelfand, Esq. for defendants

**NATURE OF PROCEEDINGS:**   Status Conference

**DISPOSITION:**
Status Conference held on the record
Order to be entered.

                                                    *s/Susan Bush*
                                                    **DEPUTY CLERK**

Time Commenced: 12:13 p.m. Time Adjourned: 12:27 p.m. Total time: 14 mins.