# BARKER, GELFAND, JAMES & SARVAS

ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION

**Camden County Office:**
103 East Gate Drive
Cherry Hill, New Jersey 08034
(609) 601-8677
(609) 601-8577 – Telefax
E-Mail: TGelfand@BarkerLawFirm.net
By Appointment Only

**Atlantic County Office:**
210 New Road
Linwood Greene – Suite 12
Linwood, New Jersey 08221
(609) 601-8677
(609) 601-8577 - Telefax

A. MICHAEL BARKER *
TODD J. GELFAND **
VANESSA E. JAMES **
JEFFREY P. SARVAS

GREG DILORENZO, OF COUNSEL

**Gloucester County Office:**
91 Circle Avenue
Pitman, New Jersey 08071
(856) 244-1854
Email: vjames@barkerlawfirm.net
By Appointment Only

*CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A CIVIL TRIAL ATTORNEY
** LICENSED TO PRACTICE IN PENNSYLVANIA

Website: www.barkerlawfirm.net
e-mail: TGelfand@BarkerLawFirm.net

PLEASE REPLY TO
ATLANTIC COUNTY OFFICE

June 6, 2018

The Honorable Magistrate Judge Ann Marie Donio
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Court Room: 3B
Camden, NJ 08101

Re: The Estate of Joey Myers and Carolyn K. Chaudry, as Administrator Ad Prosequendum of the Estate of Joey Myers, and in her own right v. The City of Millville, Chief Jody Farabella, individually and his official capacity, Officer Michael Calchi, Officer Gavin Phillips, Officer Jeffrey Proffit, and John Doe Police Officers 1-10, individually and in their official capacities
Docket Number: 17-cv-01411 JHR/AMD

Dear Magistrate Judge Donio:

On or about May 16, 2018, our office attended an initial scheduling conference on the matter captioned above on behalf of the Defendants. Conrad J. Benedetto appeared telephonically on behalf of the Plaintiffs.

Page 2 of 2
June 6, 2018
The Honorable Magistrate Judge Ann Marie Donio
Atlantic County Superior Court

Re:   The Estate of Joey Myers and Carolyn K. Chaudry, as Administrator Ad Prosequendum of the Estate of Joey Myers, and in her own right v. The City of Millville, Chief Jody Farabella, individually and his official capacity, Officer Michael Calchi, Officer Gavin Phillips, Officer Jeffrey Proffit, and John Doe Police Officers 1-10, individually and in their official capacities
Docket Number: 17-cv-01411 JHR/AMD

Attached is a Consent Order on the suggested limited scope of discovery signed by Connie Benedetto, Esquire for Plaintiff and Todd J. Gelfand for the Defendants.

Respectfully submitted

                      **BARKER, GELFAND, JAMES & SARVAS**
                      **A Professional Corporation**

              By:   _s/Todd J. Gelfand_____
                    Todd J. Gelfand, Esquire


cc:   Conrad J. Benedetto, Esquire
      cjbenedetto@benedettolaw.com
      Attorney for Plaintiff

      Frank R. Schirripa, Esquire
      fschirripa@hrsclaw.com
      Attorney for Plaintiff

Attorney ID – TG-3528
**Todd J. Gelfand, Esquire**
**BARKER, GELFAND & JAMES**
A Professional Corporation
Linwood Greene – Suite 12
210 New Road
Linwood, New Jersey 08221
(609) 601-8677
TGelfand@BarkerLawFirm.net

Attorney for Defendants, The City of Millville, Chief of Police Jody Farabella, K-9 Officer Michael Calchi, Officer Gavin Phillips, and Officer Jeffrey Profit, Jointly, Severally, and in the Alternative

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY – CAMDEN**

| | |
|---|---|
| THE ESTATE OF JOEY MYERS AND CAROLYN K CHAUDRY, AS ADMINISTRATOR AD PROSEQUENDUM OF THE ESTATE OF JOEY MYERS, AND IN HER OWN RIGHT,<br>    Plaintiffs,<br>v.<br><br>CITY OF MILLVILLE;<br>CHIEF JODY FARABELLA, Individually and in his official capacity;<br>OFFICER MICHAEL CALCHI;<br>OFFICER GAVIN PHILLIPS;<br>OFFICER JEFFREY PROFITT; and,<br>JOHN DOE POLICE OFFICERS 1-10, Individually and in their official capacities<br>    Defendants. | Civil Action<br>17-cv-01411 (JHR/AMD) |

**CONSENT ORDER**

On behalf of the Defendants,
The City of Millville, Chief of Police Jody Farabella, K-9 Officer Michael Calchi, Officer Gavin Phillips, and Officer Jeffrey Profit

Jointly, Severally, and in the Alternative

This matter having been addressed on the record at an initial scheduling conference on May 16, 2018, Todd J. Gelfand appearing on behalf of the Defendants and Conrad J. Benedetto appearing telephonically on behalf of Plaintiff's, and the scope of discovery to be conducted in this matter having been suggested to be "limited" based on the comments of District Judge Joseph H. Rodriguez, as reflected in the transcript of oral argument conducted with respect to Defendants' motion to dismiss, said argument having been conducted on March 6, 2018; and for good cause shown.

IT IS this _____ day of _____ 2018 hereby

1. The conduct of discovery in this matter shall be initially limited as reflected by Judge Rodriguez's comments on the record on March 6, 2018, such that discovery shall be limited as reflected in the paragraph below and the conduct of discovery as set forth in the initial scheduling order to be entered by Magistrate Judge Donio per the initial conference on May 16, 2018, shall apply to the scope of discovery set forth below, so that discovery may be conducted on the limited basis set forth, after which Defendants shall re-file their motion for summary judgment, and should that motion NOT be granted disposing of this case in the entirety, then the matter shall be subject to such additional discovery as may be deemed appropriate at such time as the matter survives summary judgment; and

2. The discovery in this matter shall initially be limited in scope to depositions or other discovery methods directed at the defendant officers and or such other officers as may have been involved in the January 18, 2016 incident outlined in the Complaint in this matter as well as discovery relating to the training, certifications and re-certifications relating to K9 Officer Calchi and his police K9 Chase; as well as the Defendant shall provide in discovery, subject to a confidentiality order, such internal affairs files as exist prior to the January 18, 2016 matter in which the defendant officers in this case were the subject of any internal affairs complaint.

ANN MARIE DONIO
UNITED STATES MAGISTRATE JUDGE

We hereby consent to the form, substance, and entry of the within Order.

LAW OFFICES OF CONRAD J. BENEDETTO

By: _____
Connie Benedetto, Esquire
Attorney for Plaintiff
Dated: _____

BARKER, GELFAND, JAMES & SARVAS

By: _____
Todd J. Gelfand, Esquire
Attorney for The City of Millville, Chief of Police Jody Farabella, K-9 Officer Michael Calchi, Officer Gavin Phillips, and Officer Jeffrey Profit, Jointly, Severally, and in the Alternative

Dated: 05.16.2018