# BARKER, GELFAND, JAMES & SARVAS

ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION

*Camden County Office:*
103 East Gate Drive
Cherry Hill, New Jersey 08034
(609) 601-8677
(609) 601-8577 – Telefax
E-Mail: TGelfand@BarkerLawFirm.net
By Appointment Only

*Atlantic County Office:*
210 New Road
Linwood Greene – Suite 12
Linwood, New Jersey 08221
(609) 601-8677
(609) 601-8577 - Telefax

A. MICHAEL BARKER *
TODD J. GELFAND **
VANESSA E. JAMES **
JEFFREY P. SARVAS

GREG DILORENZO, OF COUNSEL

*Gloucester County Office:*
91 Circle Avenue
Pitman, New Jersey 08071
(856) 244-1854
Email: vjames@barkerlawfirm.net
By Appointment Only

*CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A CIVIL TRIAL ATTORNEY
** LICENSED TO PRACTICE IN PENNSYLVANIA

Website: www.barkerlawfirm.net
e-mail: TGelfand@BarkerLawFirm.net

PLEASE REPLY TO
ATLANTIC COUNTY OFFICE

August 1, 2018

The Honorable Magistrate Judge Ann Marie Donio
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Court Room: 3B
Camden, NJ 08101

Re: The Estate of Joey Myers and Carolyn K. Chaudry, as Administrator Ad Prosequendum of the Estate of Joey Myers, and in her own right v. The City of Millville, Chief Jody Farabella, individually and his official capacity, Officer Michael Calchi, Officer Gavin Phillips, Officer Jeffrey Proffit, and John Doe Police Officers 1-10, individually and in their official capacities
Docket Number: 17-cv-01411 JHR/AMD

Dear Magistrate Judge Donio:

On or about June 20, 2018, our office attended a telephonic conference on the matter captioned above on behalf of the Defendants. Conrad J. Benedetto, Esquire and Frank R. Schirripa, Esquire appeared telephonically on behalf of the Plaintiffs. Theodore Baker, Esquire appeared telephonically on behalf of the County of Cumberland.

Page 2 of 2
August 1, 2018
The Honorable Magistrate Judge Ann Marie Donio

Re:   The Estate of Joey Myers and Carolyn K. Chaudry, as Administrator Ad Prosequendum of the Estate of Joey Myers, and in her own right v. The City of Millville, Chief Jody Farabella, individually and his official capacity, Officer Michael Calchi, Officer Gavin Phillips, Officer Jeffrey Proffit, and John Doe Police Officers 1-10, individually and in their official capacities
Docket Number: 17-cv-01411 JHR/AMD

    Attached is a Proposed Order filed Defendant's counsel Todd Gelfand, Esquire and approved by Conrad J. Benedetto, Esquire and Frank R. Schirripa, Esquire for Plaintiff and Theodore Baker, Esquire for the County of Cumberland.

    It is noted that Attorney Theodore Baker had initially objected to the criminal history records discussed as "CJIS" records, so that Mr. Baker's consent on behalf of the County is as to the form of this order, but the production of the records should kindly be noted as ordered by the court, not with Mr. Barker's consent.

                                Respectfully submitted

                                **BARKER, GELFAND, JAMES & SARVAS**
                                **A Professional Corporation**

                     By:   _s/Todd J. Gelfand_____
                            Todd J. Gelfand, Esquire


cc:   Conrad J. Benedetto, Esquire
      cjbenedetto@benedettolaw.com
      Attorney for Plaintiff

      Frank R. Schirripa, Esquire
      fschirripa@hrsclaw.com
      Attorney for Plaintiff

      Theodore Baker
      theodoreba@co.cumberland.nj.us

**Attorney ID – TG-3528**
**Todd J. Gelfand, Esquire**
**BARKER, GELFAND & JAMES**
A Professional Corporation
Linwood Greene – Suite 12
210 New Road
Linwood, New Jersey 08221
(609) 601-8677
TGelfand@BarkerLawFirm.net

Attorney for Defendants, The City of Millville, Chief of Police Jody Farabella, K-9 Officer Michael Calchi, Officer Gavin Phillips, and Officer Jeffrey Profit, Jointly, Severally, and in the Alternative

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY - CAMDEN**

| | |
|---|---|
| THE ESTATE OF JOEY MYERS AND CAROLYN K CHAUDRY, AS ADMINISTRATOR AD PROSEQUENDUM OF THE ESTATE OF JOEY MYERS, AND IN HER OWN RIGHT,<br>    Plaintiffs,<br>v.<br>CITY OF MILLVILLE;<br>CHIEF JODY FARABELLA, Individually and in his official capacity;<br>OFFICER MICHAEL CALCHI;<br>OFFICER GAVIN PHILLIPS;<br>OFFICER JEFFREY PROFITT; and,<br>JOHN DOE POLICE OFFICERS 1-10, Individually and in their official capacities<br>    Defendants. | Civil Action<br>17-cv-01411 (JHR/AMD) |

THIS MATTER having come before the court by telephone conference on June 20, 2018, following a letter filed with the Court by Attorney Theodore Baker, County Counsel for the County of Cumberland, objecting to certain aspects of a subpoena issued to Cumberland County by Defendants' counsel Todd J. Gelfand, Esq., of the law firm of Barker, Gelfand, James and Sarvas, and with

Plaintiff represented on June 20, 2018 by Conrad J. Benedetto, Esq. and Frank R. Schirripa, Esq., and the County having objected to providing certain otherwise confidential documents pertaining to the criminal history of Joey Myers, particularly "CJIS" records; and other such objections to the subpoena having been discussed and resolved among counsel prior to the phone conference; and for good cause shown;

It is hereby ordered on this \_\_\_\_ day of _____, 2018, as follows:

1. The County is ordered to produce the documents requested by defense counsel's April 30, 2018, subpoena to include the criminal record file or files pertaining to Joey Myers and such records identified as "CJIS" records; such records shall be treated as confidential in this matter pursuant to the governing Confidentiality Order, docket entry #18, entered November 8, 2017; and,

2. It appears that other items requested by said subpoena are not in dispute, the subpoena shall otherwise be subject to compliance.

It is FURTHER ORDERED and ADJUDGED that a copy of this Order shall be served upon all counsel within seven (7) days of receipt by Barker, Gelfand, James & Sarvas.

_____
Magistrate Judge Ann Marie Donio