IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| THE ESTATE OF JOEY MYERS and CAROLYN K. CHAUDRY, as Administrator Ad Prosequendum of the Estate of Joey Myers, and in her own right,<br><br>    Plaintiffs,<br><br>  v.<br><br>CITY OF MILLVILE, et al.,<br><br>    Defendants. | Civil No. 17-1411 (JHR/AMD) |

### ORDER

This matter comes before the Court by way of telephone conference held on June 20, 2018 with all counsel as noted on the record; and good cause appearing for the entry of the within Order:

IT IS on this **1st** day of **August 2018**, hereby

**ORDERED** that the County shall produce the documents requested in the subpoena dated April 30, 2018, including, but not limited to, the criminal record file or files pertaining to Joey Myers as set forth on the record on June 20, 2018. The documents produced shall be treated as confidential pursuant to the Consent Discovery Confidentiality / Protective Order [D.I. 18] filed on November 8, 2017; and it is further

**ORDERED** that a copy of this Order shall be served upon counsel for the County of Cumberland within seven (7) days of receipt by Barker, Gelfand, James & Sarvas.

s/ Ann Marie Donio
ANN MARIE DONIO
UNITED STATES MAGISTRATE JUDGE

cc: Hon. Joseph H. Rodriguez