# BARKER, GELFAND, JAMES & SARVAS

ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION

**Camden County Office:**
103 East Gate Drive
Cherry Hill, New Jersey 08034
(609) 601-8677
(609) 601-8577 – Telefax
E-Mail: TGelfand@BarkerLawFirm.net
*By Appointment Only*

**Atlantic County Office:**
210 New Road
Linwood Greene – Suite 12
Linwood, New Jersey 08221
(609) 601-8677
(609) 601-8577 - Telefax

A. MICHAEL BARKER *
TODD J. GELFAND **
VANESSA E. JAMES **
JEFFREY P. SARVAS

GREG DiLORENZO, *OF COUNSEL*

**Gloucester County Office:**
91 Circle Avenue
Pitman, New Jersey 08071
(856) 244-1854
Email: vjames@barkerlawfirm.net
*By Appointment Only*

*CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A CIVIL TRIAL ATTORNEY
** LICENSED TO PRACTICE IN PENNSYLVANIA

Website: www.barkerlawfirm.net
e-mail: TGelfand@BarkerLawFirm.net

PLEASE REPLY TO
ATLANTIC COUNTY OFFICE

November 20, 2018

The Honorable Magistrate Judge Ann Marie Donio
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Court Room: 3B
Camden, NJ 08101

Re: The Estate of Joey Myers and Carolyn K. Chaudry, as
    Administrator Ad Prosequendum of the Estate of Joey Myers,
    and in her own right v. The City of Millville, Chief Jody
    Farabella, individually and his official capacity, Officer
    Michael Calchi, Officer Gavin Phillips, Officer Jeffrey
    Proffit, and John Doe Police Officers 1-10, individually and
    in their official capacities
    Docket Number: 17-cv-01411 JHR/AMD

Dear Magistrate Judge Donio:

    On or about September 27, 2018, a scheduling order was entered
in this case with pretrial factual discovery to be concluded by
November 30, 2018. We are asking that the deadline for fact
discovery be extended thirty (30) days.

Page 2 of 2
November 20, 2018
The Honorable Magistrate Judge Ann Marie Donio

Re:   The Estate of Joey Myers and Carolyn K. Chaudry, as Administrator Ad Prosequendum of the
      Estate of Joey Myers, and in her own right v. The City of Millville, Chief Jody Farabella,
      individually and his official capacity, Officer Michael Calchi, Officer Gavin Phillips, Officer Jeffrey
      Proffit, and John Doe Police Officers 1-10, individually and in their official capacities
      Docket Number: 17-cv-01411 JHR/AMD

       The date that Chief Farabella is available for deposition is
on December 17, 2018, which is after the day that fact discovery
was to be completed.

       We have consent from Plaintiff's counsel Hillary Nappi.


                            Respectfully submitted

                            **BARKER, GELFAND, JAMES & SARVAS**
                            **A Professional Corporation**


                     By:    s/Todd J. Gelfand
                            Todd J. Gelfand, Esquire



cc:   Conrad J. Benedetto, Esquire
      cjbenedetto@benedettolaw.com
      Attorney for Plaintiff

      Frank R. Schirripa, Esquire
      fschirripa@hrsclaw.com
      Attorney for Plaintiff

      Hillary Nappi
      hnappi@hrsclaw.com
      Attorney for Plaintiff