CONRAD J. BENEDETTO **

RAHEEM S. WATSON**+
ALYSSA K. POOLE**
KRISTOFFER R. BUDHRAM*^
PHILIP M. GREEN***

** MEMBER OF NJ, & PA BAR
*** MEMBER OF PA, TX & CA BAR
*^ MEMBER OF PA & FL BAR
+ OF COUNSEL



THE LAW OFFICES OF
**CONRAD J. BENEDETTO**

1233 Haddonfield Berlin Road, Suite 1
Voorhees, NJ 08043
Telephone: (856) 500-2727
Facsimile: (856) 210-6227

OFFICES
PHILADELPHIA, PENNSYLVANIA
VOORHEES, NEW JERSEY
SOUTHFIELD, MICHIGAN
BALTIMORE, MARYLAND
NEW YORK, NEW YORK
JACKSONVILLE, FLORIDA

WWW. BENEDETTOLAW.COM

November 21, 2018

Clerk
NJ District Court
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets Room 1050
Camden, NJ 08101

Re: Removing Previous Employees from Cases

Case Number: 1:17-1411
Case Name : Chaudry v Farabella

Please remove the following attorney from the above case:

| NAME | EMAIL ADDRESS(ES) |
|---|---|
| KIMMO Z. HUSSAIN ABBASI | khabbasi@benedettolaw.com, kimmoabbasi@gmail.com |
| MELISSA YVETTE HOFFMAN | myhoffman@benedettolaw.com, melishoffman@comcast.net |

Thank you for your anticipated cooperation in this matter. Please feel free to contact my office if you have any problems or questions.

                Respectfully Submitted,
                *s/ Conrad J. Benedetto*
                Conrad J. Benedetto, Esquire

CJB/lj
DICTATED BUT NOT READ