# BARKER, GELFAND, JAMES & SARVAS

ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION

**Atlantic County Office:**
210 New Road
Linwood Greene – Suite 12
Linwood, New Jersey 08221
(609) 601-8677
(609) 601-8577 - Telefax

A. MICHAEL BARKER *
TODD J. GELFAND **
VANESSA E. JAMES **
JEFFREY P. SARVAS

GREG DILORENZO, OF COUNSEL

**Camden County Office:**
103 East Gate Drive
Cherry Hill, New Jersey 08034
(609) 601-8677
(609) 601-8577 – Telefax
E-Mail: TGelfand@BarkerLawFirm.net
By Appointment Only

**Gloucester County Office:**
91 Circle Avenue
Pitman, New Jersey 08071
(856) 244-1854
Email: vjames@barkerlawfirm.net
By Appointment Only

*CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A CIVIL TRIAL ATTORNEY
** LICENSED TO PRACTICE IN PENNSYLVANIA

Website: www.barkerlawfirm.net
e-mail: TGelfand@BarkerLawFirm.net

PLEASE REPLY TO
ATLANTIC COUNTY OFFICE

December 6, 2018

The Honorable Magistrate Judge Ann Marie Donio
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Court Room: 3B
Camden, NJ 08101

Re: The Estate of Joey Myers and Carolyn K. Chaudry, as Administrator Ad Prosequendum of the Estate of Joey Myers, and in her own right v. The City of Millville, Chief Jody Farabella, individually and his official capacity, Officer Michael Calchi, Officer Gavin Phillips, Officer Jeffrey Proffit, and John Doe Police Officers 1-10, individually and in their official capacities
Docket Number: 17-cv-01411 JHR/AMD

Dear Magistrate Judge Donio:

On or about November 20, 2018, our office filed a letter requesting an extension in the pretrial factual discovery. On or about November 21, 2018, a scheduling order was entered in this case with pretrial factual discovery to be concluded by December 31, 2018.

Page 2 of 2
December 6, 2018
The Honorable Magistrate Judge Ann Marie Donio

Re: The Estate of Joey Myers and Carolyn K. Chaudry, as Administrator Ad Prosequendum of the Estate of Joey Myers, and in her own right v. The City of Millville, Chief Jody Farabella, individually and his official capacity, Officer Michael Calchi, Officer Gavin Phillips, Officer Jeffrey Proffit, and John Doe Police Officers 1-10, individually and in their official capacities
Docket Number: 17-cv-01411 JHR/AMD

If the previous letter our office failed to include an extension request on expert reports.

The new discovery deadline is now December 31, 2018, so all other deadlines should be extended by thirty (30) days.

We have consent from Plaintiff's counsel Hillary Nappi and attached a Proposed Order.

                              Respectfully submitted

                              **BARKER, GELFAND, JAMES & SARVAS**
                              **A Professional Corporation**

                By:   s/Todd J. Gelfand
                        Todd J. Gelfand, Esquire

cc: Conrad J. Benedetto, Esquire
cjbenedetto@benedettolaw.com
Attorney for Plaintiff

Frank R. Schirripa, Esquire
fschirripa@hrsclaw.com
Attorney for Plaintiff

Hillary Nappi
hnappi@hrsclaw.com
Attorney for Plaintiff