**EXHIBIT LIST**

| Exhibit | Description |
|---|---|
| 1. | Police Officer Ricardo Ramos Investigation Report |
| 2. | Defendant K-9 Officer Michael Calchi's Supplemental Investigation Report |
| 3. | Defendant Police Officer Gavin Phillips' Supplemental Investigation Report |
| 4. | Detective Dan Ayars' Supplemental Investigation Report |
| 5. | Detective Dan Ayars' Interview of Joey Myers from January 19, 2016 (This exhibit is a Digital Versatile Disc sent to the judge with the courtesy copy of Defendant's Motion for Summary Judgment. This was provided to the Plaintiff in discovery Bates stamped Millville 000692 to 000701) |
| 6. | Police Officer Michelle Reeves' Supplemental Investigation Report |
| 7. | Lieutenant Lawrence Mulford's Supplemental Investigation Report |
| 8. | Police Officer Shawn Scott's Supplemental Investigation Report |
| 9. | Police Officer Jeffrey Profitt's Supplemental Investigation Report |
| 10. | Detective Dan Ayars' Interview of Raymond Hunter from January 22, 2016 (This exhibit is a Digital Versatile Disc sent to the judge with the courtesy copy of Defendant's Motion for Summary Judgment. This was provided to the Plaintiff in discovery Bates stamped Millville 002022 to 002022) |
| 11. | Plaintiff's Expert Report Richard Rivera Dated: February 28, 2019 |
| 12. | Bonilla v. City of York, 2016 U.S. Dist. LEXIS 73611 * |
| 13. | Smith v. N.J., 2013 U.S. Dist. LEXIS 97353 *; 2013 WL 3658786 |
| 14. | Ray v. Cain, 2016 U.S. Dist. LEXIS 134197 * |
| 15. | United States v. Korbe, 2010 U.S. Dist. LEXIS 118769 *; 2010 WL 4639042 |
| 16. | Toscano v. Case, 2013 U.S. Dist. LEXIS 135918 *; 92 Fed. R. Evid. Serv. (Callaghan) 551; 2013 WL 5333206 |
| 17. | Rosenberg v. Homoki, 2009 U.S. Dist. LEXIS 31626 *; 2009 WL 982146 |
| 18. | Greer v. Webb, 2015 U.S. Dist. LEXIS 73642 *; 2015 WL 3603986 |

| | |
|---|---|
| 19. | Defendant K-9 Officer Michael Calchi's Deposition Excerpts |
| 20. | Defendant Police Officer Gavin Phillips' Deposition Excerpts |
| 21. | Defendant Police Officer Jeffrey Proffit' Deposition Excerpts |
| 22. | Defendant Chief of Police Jody Farabella's Deposition Excerpts |
| 23. | Plaintiff, Carolyn K. Chaudry's Deposition Excerpts |