# Exhibit 9

# Millville Police Department
18 South High Street, Millville, NJ 08332
Phone: 856-825-7010 Fax: 856-825-2899 Mun. Code: 0610

## Supplemental Investigation Report

### Incident Details:

| Case Number | Time Reported | Date Reported | Time Occurred | Date Occurred | Occurrence Between Date / Time of | Time Occurred | Date Occurred | 911 | Complete |
|---|---|---|---|---|---|---|---|---|---|
| 16-01709K | | 01/18/16 | 22:37 | 01/18/16 | | | | | X |

**Incident Type:**

**Incident Location:**
Street #: 618  Street Name: East Main Street

### Contact Information: Victim Suspect Complainant Witness Driver Arrest Patient Missing Location Other

(all contact fields blank)

### Property Information:
(all blank)

### Automobile Information:
(all blank)

### Narrative:

see page 2

### Officer of Record:
P.O. Jeffrey Proffit  171

**Date:** 03/09/16

**Other Reports Filed:** Prop. X  Evdn X  Supp X

City of Millville / 000053
153



# Millville Police Department
18 South High Street, Millville, NJ 08332
Phone: 856-825-7010  Fax: 856-825-2899  Mun. Code: 0610
## Supplemental Investigation Report

Narrative Continued (Page 2)

Case Number: **16-01709K**

January 18, 2016

On the above date I was assisting officers for a report of a burglary in progress at 618 E. Main Street. Upon arrival I observed officers on the East side of the building. I then went to the East side of the building. I then observed Ofc. Calchi placing his K-9 dog inside an open window. Ofc. Calchi then climbed in the window. Ofc. G. Phillips then started to enter the same window. Ofc. G. Phillips asked Ofc. Calchi, through the open window, if it was okay to enter. Ofc. Calchi advised Ofc. G. Phillips that it was okay to enter.

I then walked closer to the window, looked through the window, and observed Ofc. Calchi his K-9 partner and Ofc. G. Phillips, searching the interior of the building. I thought I heard someone inside yell "Cuffs, cuffs". I then started to enter the window, to assist the officers with finding the suspect, by placing my left leg inside of the window. It was at that point that the k-9 dog ran over toward me, and started biting my left leg. It should be noted that only my left leg was inside of the window. I then yelled for Ofc. Calchi to come get the dog off of my leg. Ofc. Calchi then came over and attempted to pull the dog off of my leg. After several attempts, the k-9 dog come off of my leg, and jumped out of the window. I was then pulled away from the window by Ofc. Ramos. I then hobbled to my patrol car and waited for an ambulance. Millville Rescue arrived and I was transported to the hospital.

Officer of Record: P.O. Jeffrey Proffit  171

Date: 03/09/16

City of Millville/000054