# HACH ROSE SCHIRRIPA & CHEVERIE LLP

ATTORNEYS AT LAW

June 7, 2019

**VIA ECF**

Clerk of the Court
Mitchell H. Cohen Federal Courthouse
1 John F. Gerry Plaza
4th & Cooper Streets
Camden, NJ 08101

   **Re:**    *Estate of Joey Myers v. City of Millville et al.,*
       **Civil Action No. 1:17cv-01411**

Dear Clerk:

  We represent Plaintiff in the above-referenced action. We write requesting an automatic 14-day extension of an original motion date pursuant to Local Rule 7.1(d)(5).

  On June 7, 2019, Defendants filed a motion for summary judgment in the above-referenced action. The current motion day for Defendants' motion is July 1, 2019, with Plaintiff's opposition papers due on June 17, 2019. This originally-noticed motion day has not previously been extended or adjourned. Pursuant to Local Rule 7.1(d)(5), Plaintiff requests that the motion date be moved to July 15, 2019. Thank you.

                  Sincerely,

                  *Hillary M. Nappi*

                  Hillary M. Nappi, Esq.

cc: All Counsel of Record (via ECF)